# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JEREMY RACHAL (#590548)

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, ET AL.

CIVIL ACTION

24-402-SDD-SDJ

### RULING

The Court has carefully considered the Motion,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson, dated February 10, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (R. Doc. 11) is denied.

**IT IS FURTHER ORDERED** that this action is dismissed, without prejudice, for failure of Plaintiff to serve the defendants as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana the 27 day of February, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 12.